SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth J. Lee (SBN 316119)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
mumhofer@spertuslaw.com
elee@spertuslaw.com

*Attorneys for Defendants Planned Parenthood Affiliates of California and Beth Parker*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR MEDICAL PROGRESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, et al., <br><br> Defendants. | Case No. 8:20-cv-00891-JLS-DFM <br><br> Judge: Hon. Josephine L. Staton <br><br> **DEFENDANTS PPAC'S AND BETH PARKER'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT JILL HABIG'S MOTION TO DISMISS** <br><br><br> Hearing Date: December 18, 2020 <br> Time: 10:30 a.m. <br> Courtroom: 10A |

*DEFENDANTS PPAC AND BETH PARKER'S NOTICE OF JOINDER & JOINDER IN JILL HABIG'S MOTION TO DISMISS*

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Planned Parenthood Affiliates of California and Beth Parker (collectively, "PPAC Defendants") will, and hereby do, join in Defendant Jill Habig's Motion to Dismiss. The Motion to Dismiss (ECF No. 72) is set to be heard on December 18, 2020, at 10:30 a.m., in the courtroom of the Honorable Josephine L. Staton.

The PPAC Defendants respectfully move this Court to dismiss the Fourth and Fifth Claims for Relief of the Complaint on the grounds that the claims against the PPAC Defendants are time-barred.

This Joinder is based on: (1) this Notice of Joinder and Joinder; (2) Defendant Habig's Notice of Motion and Motion to Dismiss Complaint, along with the supporting documents and memorandum; (3) the Court's file in this matter; (4) other oral and documentary evidence as may be presented before or at any hearing; and (5) any matters of which the Court may take judicial notice.

This Joinder is made following a conference of counsel pursuant to Local Rule 7-3, which took place on July 20 and July 21, 2020.

Dated: July 31, 2020  SPERTUS, LANDES & UMHOFER, LLP

By: /s/ Elizabeth J. Lee
Matthew Donald Umhofer
Elizabeth J. Lee
*Attorneys for PPAC Defendants*

1.
*DEFENDANTS PPAC AND BETH PARKER'S NOTICE OF JOINDER & JOINDER IN JILL HABIG'S MOTION TO DISMISS*